THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Lenard Scott

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD SCOTT, | Case No. 2:05-CV-0974-FCD-GGH |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| FARBER REVOCABLE TRUST, CALIFORNIA OFFICE FURNITURE, INC., ERIC SCOTTI and KEVIN SCOTTI, | |
| Defendants. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement among the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Dated: February 25, 2006

_S/Thomas N. Stewart, III_____
Thomas N. Stewart, III,
Attorney for Plaintiff


Dated: February 25, 2006


__S/Esther Farber_____
Trustee of the Farber Revocable Trust
c/o Eric Scotti
Hartford Life Insurance Companies
P.O. Box 13829
Sacramento, Ca 95843


Dated: February 25, 2006


___S/Eric Scotti_____
Eric Scotti
Hartford Life Insurance Companies
P.O. Box 13829
Sacramento, Ca 95843

Dated:  February 25, 2006


__S/Kevin Scotti_____
Kevin Scotti
c/o Eric Scotti
Hartford Life Insurance Companies
P.O. Box 13829
Sacramento, Ca 95843

Dated:  February 25, 2006

__S/Gene Gualco_____
On behalf of California Office
Furniture, Inc.
c/o Eric Scotti
Hartford Life Insurance Companies
P.O. Box 13829
Sacramento, Ca 95843


IT IS SO ORDERED:



Date:   February 27, 2006                /s/ Frank C. Damrell Jr.
                                          District Court Judge